Interstate TRS Fund

4050 Crums Mill Rd, Suite
303

Harrisburg, PA  17112-4402

US

717-585-6605

trs@rolkaloube.com

**Invoice**

83184360000


R ROLKA
LOUBE
GSA Contract holder

| BILL TO | DATE | PLEASE PAY | DUE DATE |
|---------|------|-----------|----------|
| 831843 | 07/12/2019 | **$55,028.76** | 08/09/2019 |

Simple Voip LLC

Park West 80 250 Pehle
Ave

Ste 200

Saddle Brook, NJ  07663

| DATE | ACTIVITY | DESCRIPTION | AMOUNT |
|------|----------|-------------|--------|
| | **Assessment** | 2019-2020 obligation for period 1 of 12 (Against an annual assessment of $708,345.12) | 59,028.76 |
| | | PAYMENT | 4,000.00 |
| | | TOTAL DUE | $55,028.76 |

THANK YOU.


EXHIBIT A

**Interstate TRS Fund**

4050 Crums Mill Rd, Suite
303
Harrisburg, PA  17112-4402
US

717-585-6605

trs@rolkaloube.com

Invoice

83184360001



ROLKA
LOUBE

---

BILL TO

831843

Simple Voip LLC

Park West 80 250 Pehle
Ave

Ste 200

Saddle Brook, NJ  07663

| | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| | 08/09/2019 | **$59,028.76** | 09/06/2019 |

---

| DATE | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | **Assessment** | 2019-2020 obligation for period 2 of 12 (Against an annual assessment of $708,345.12) | 59,028.76 |

| | TOTAL DUE | $59,028.76 |
|---|---|---|

THANK YOU.

EXHIBIT 

**Interstate TRS Fund**

4050 Crums Mill Rd, Suite 303

Harrisburg, PA  17112-4402

US

717-585-6605

trs@rolkaloube.com

Invoice

83184360002



---

BILL TO

831843

Simple Voip LLC

Park West 80 250 Pehle Ave

Ste 200

Saddle Brook, NJ  07663

| DATE | PLEASE PAY | DUE DATE |
|------|------------|----------|
| 09/06/2019 | **$59,028.76** | 10/04/2019 |

| DATE | ACTIVITY | DESCRIPTION | AMOUNT |
|------|----------|-------------|--------|
| | **Assessment** | 2019-2020 obligation for period 3 of 12 (Against an annual assessment of $708,345.12) | 59,028.76 |

| | TOTAL DUE | $59,028.76 |
|--|-----------|------------|

THANK YOU.

EXHIBIT A



Interstate TRS Fund

4050 Crums Mill Rd, Suite
303

Harrisburg, PA  17112-4402

US

717-585-6605

trs@rolkaloube.com

**Invoice**

83184360003



| BILL TO | | | |
|---|---|---|---|
| 831843 | DATE | PLEASE PAY | DUE DATE |
| Simple Voip LLC | 10/04/2019 | **$59,028.76** | 11/01/2019 |
| Park West 80 250 Pehle Ave | | | |
| Ste 200 | | | |
| Saddle Brook, NJ  07663 | | | |

| DATE | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | **Assessment** | 2019-2020 obligation for period 4 of 12 (Against an annual assessment of $708,345.12) | 59,028.76 |

TOTAL DUE  **$59,028.76**

THANK YOU.



Interstate TRS Fund

4050 Crums Mill Rd, Suite
303

Harrisburg, PA  17112-4402

US

717-585-6605

trs@rolkaloube.com

**Invoice**

83184360006



| BILL TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| 831843 | 11/01/2019 | **$59,028.76** | 12/06/2019 |

Simple Voip LLC

Park West 80 250 Pehle
Ave

Ste 200

Saddle Brook, NJ  07663

| DATE | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | **Assessment** | 2019-2020 obligation for period 5 of 12 (Against an annual assessment of $708,345.12) | 59,028.76 |

| | TOTAL DUE | $59,028.76 |
|---|---|---|

THANK YOU.



EXHIBIT A

**Interstate TRS Fund**

4050 Crums Mill Rd, Suite 303

Harrisburg, PA  17112-4402

US

717-585-6605

trs@rolkaloube.com

# Invoice

83184360009



---

BILL TO

831843

Simple Voip LLC

Park West 80 250 Pehle Ave

Ste 200

Saddle Brook, NJ  07663

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 11/25/2019 | **$413,201.32** | 11/25/2019 |

---

| DATE | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | **Assessment** | 2019-2020 request obligation bill in full (Annual assessment of $708,345.12) | 413,201.32 |

| | | TOTAL DUE | **$413,201.32** |

THANK YOU.

EXHIBIT 



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
FEDERAL COMMUNICATIONS COMMISSION (FCC)
<u>CERTIFICATE OF INDEBTEDNESS</u>

Simple VOIP, LLC
Park West 80 250 Pehle Ave
STE 200
Saddle Brook, NJ 07663
**EIN: 46-4975837**

I hereby certify, as part of my duties with the U.S. Department of the Treasury, Bureau of the Fiscal Service, Disbursement and Debt Management (Treasury), including referring matters to the U.S. Department of Justice (DOJ) for litigation, I am a custodian of records of certain files sent by the Federal Communications Commission (FCC) to Treasury for collection actions. As a custodian of records for Treasury, I have care and custody of records relating to the four(4) debts owed by Simple VOIP, LLC., (DEBTOR) to FCC.

The information contained in this Certificate of Indebtedness is based on documents created by an employee or contractor of FCC based on his/her knowledge at or near the time the events were recorded, including the review of the delinquency of overpayments, or by an employee or contractor of Treasury based on his/her knowledge at or near the time the events were recorded, including the review of the delinquency of overpayments. Treasury's regular business practice is to receive, store and rely on the documents provided by FCC, when debts are referred to Treasury for collection activities. Further, I certify that I am familiar with Treasury's record keeping practices, including the receipt of files from FCC.

**Debt #1-TRFM12635449**
On August 9, 2019, FCC determined the DEBTOR was delinquent for regulatory fees for fiscal year 2019 in the amount of $704,345.12. FCC referred the debt to Treasury for collection on December 4, 2019.

On July 14, 2023, Treasury referred the debt to DOJ for litigation and collection in the amount due of $704,345.12 with a daily interest of $115.78 and daily penalty of $115.78. As of July 18, 2023, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 704,345.12 |
| Interest(@6.00%): | $ 155,453.82 |
| Penalty (@6.00%): | $ 166,611.39 |
| Admin Fees: | $ 370,544.76 |
| **Total:** | **$1,396,955.09** |

EXHIBIT 



· U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
FEDERAL COMMUNICATIONS COMMISSION (FCC)
<u>CERTIFICATE OF INDEBTEDNESS</u>

**Debt #2-TRFM13867115**

On September 28, 2020, FCC determined the DEBTOR was delinquent for regulatory fees for fiscal year 2020 in the amount of $196,157.00. FCC referred the debt to Treasury for collection on January 29, 2021.

On July 14, 2023, Treasury referred the debt to DOJ for litigation and collection in the amount due of $196,157.00 with a daily interest of $10.75 and daily penalty of $32.24.  As of July 18, 2023, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 196,157.00 |
| Interest(@2.00%): | $  11,013.75 |
| Penalty (@6.00%): | $  82,094.13 |
| Admin Fees: | $ 104,373.92 |
| **Total:** | **$ 393,638.80** |

**Debt #3-TRFM13040510**

On September 27, 2019, FCC determined the DEBTOR was delinquent for regulatory fees for fiscal year 2019 in the amount of $ 80,801.00. FCC referred the debt to Treasury for collection on January 25, 2020.

On July 14, 2023, Treasury referred the debt to DOJ for litigation and collection in the amount due of $80,801.00 with a daily interest of $ 2.21 and daily penalty of $ 13.28.  As of July 18, 2023, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $  80,801.00 |
| Interest(@1.00%): | $   3,080.74 |
| Penalty (@6.00%): | $  38,687.34 |
| Admin Fees: | $  44,225.96 |
| **Total:** | **$ 166,795.04** |

2

**EXHIBIT** B



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
FEDERAL COMMUNICATIONS COMMISSION (FCC)
<u>CERTIFICATE OF INDEBTEDNESS</u>

**Debt #4-TRFM13903237**

On October 13, 2019, FCC determined the DEBTOR was delinquent for regulatory fees for fiscal year 2019 in the amount of $493.86. FCC referred the debt to Treasury for collection on March 18, 2021.

On July 14, 2023, Treasury referred the debt to DOJ for litigation and collection in the amount due of $493.86 with a daily interest of $ 0.06 and daily penalty of $ 0.08.  As of July 18, 2023, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | | |
|---|---|---:|
| Principal: | $ | 493.86 |
| Interest(@4.50%): | $ | 68.55 |
| Penalty (@6.00%): | $ | 69.33 |
| Admin Fees: | $ | 227.95 |
| **Total:** | **$** | **859.69** |

The balances stated in the four(4) debts listed above totaling **$ 1,958,248.62** are current as of July 18, 2023, including any applicable interest, penalties, administrative fees, and Treasury & DOJ fees (pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. § 527 note).

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the FCC and information contained in Treasury's records.

X  *Natalie Stubbs*

Natalie Stubbs
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service
Date: 07/18/2023

3



United States Department of Justice
**Nationwide Central Intake Facility (NCIF)**
**2 Constitution Square**
**145 N. Street, NE 6W.316**
**Washington, DC 20530**



July 25, 2023

Simple VOIP LLC
Park West 80 250 Pehle Ave
Saddle Brook, NJ 07663

| Re: | Case Name | **US VS Simple VOIP** |
|---|---|---|
| | **Account Number:** | **2023A49098/001** |
| | **Total Amount Due:** | **$1,396,955.09** |
| | **Payment Due Date:** | **Immediately** |

*This is a demand for payment of the above-referenced debt. If you are currently represented by an attorney, please advise this office so that future correspondence may be directed to your attorney.*

Dear Simple VOIP LLC :

The DEPARTMENT OF THE TREASURY has referred your debt in the above referenced amount to the United States Attorney Office/ District to initiate a federal court legal action against you and may obtain a civil judgment in the United States District Court for the collection of this debt.  In the event an action is filed, that office will seek additional costs and fees which will be added to your debt.

**To avoid legal action against you and further increases to the amount you owe, you should pay this debt in full, immediately upon receipt of this letter, or contact the United States Attorney Office / District at 973-297-2001 to discuss this debt.  If you or your attorney does not contact this office the following may occur:**

- o **The federal court can enter a judgment ordering you to pay.  Judgments do not expire and may appear on your credit report.**
- o **A lien may be placed on any property you own, which means you cannot sell or transfer your property until the debt has been paid in full.**
- o **Enforcement of the judgment may include attachment or execution of your non-exempt personal property, offset of your federal tax refund, and garnishment of your wages.**

**Act now and prevent the above actions from happening to you.**

**How do you pay your debt?**

- • **Pay Online:** Visit https://pay.gov/public/form/start/5137251
- • **Pay by Mail:** Send a check or money order payable to the U.S. Department of Justice in the enclosed, self-addressed envelope and include your name and the above referenced account number on the face of your check. To pay by debt card, use the form on the back of this letter.

Sincerely,
United States Department of Justice
Debt Collection Management
Nationwide Central Intake Facility

**EXHIBIT** *C*



Debt Card Type_____
Card No._____
Expiration Date_____
Payment Amount_____

If payment amount is not indicated, I authorize the
Department of Justice to charge my card for the payment
amount due.

Signature_____

☐   Check here for change of address and notate below.

| Account Number | 2023A49098/001 |
|---|---|
| Name | Simple VOIP LLC |
| Payment Due Date | Immediately |
| Total Amount Due | $1,396,955.09 |
| Amount Enclosed | |

**MAIL COUPON TO;**
**US DEPARTMENT OF JUSTICE**
**NATIONWIDE CENTRAL INTAKE FACILITY**
**P.O. Box 790363**
**St. Louis, MO 63179-0363**

EXHIBIT 

SEE PAYMENT OPTIONS PAGE FOR ELECTRONIC PAYMENT OPTION!

Federal Communications Commission
Office of the Managing Director
Revenue & Receivables Operation
P.O. Box 970014
St. Louis, MO 63197-0014





## INVOICE

**Centralized Receivables Service**

| | |
|---|---|
| CRS INVOICE NUMBER: | 11610058759 |
| INVOICE DATE: | 11/24/2020 |
| AGENCY REFERENCE: | |
| | FCC_R20P831843_BRF |

SIMPLE VOIP LLC
PARK WEST 80 250 PEHLE AVE
STE 200
SADDLE BROOK, NJ 07663

| DESCRIPTION | AMOUNT |
|---|---|
| This demands payment of a debt owed to the United States for annual regulatory fees. You did not pay the full amount by the published due date, and the unpaid amount is now delinquent. Your debt includes a penalty equal to 25% of the amount not paid.<br><br>Title: 2020 Wireline Bill - 831843. To view the original FCC Regulatory Fee bill, access your account at https://www.fcc.gov/redlight | $245,817.41 |
| **TOTAL AMOUNT DUE** | **$245,817.41** |

Payment in full is due now. If you have any questions concerning this invoice, contact the Centralized Receivables Service at 1-855-549-4284. The Centralized Receivables Service is a service provided by the U.S. Department of the Treasury to Federal agencies to assist in the management of accounts receivables.

Federal agencies are generally required to assess interest, administrative costs and penalties on past due amounts. Interest accrues at the annual rate of 2% on any amount outstanding from 09/28/2020. Administrative costs include processing and handling of unpaid balances. A penalty will be assessed at the annual rate of 6% on any amount outstanding after 91 days from 09/28/2020. The Total Amount Due may include interest, penalty, and administrative costs.

If you fail to pay the full amount within 60 days from the date of this invoice, the Centralized Receivables Service will refer your debt(s) to the U.S. Department of the Treasury's Debt Management Services (DMS) for collection, at which time additional administrative fees of up to 30% will be added to your debt(s). In addition, DMS may take any or all of the following actions:

- Reduce any eligible Federal and State payments due to you.
- Refer your debt(s) to a private collection agency, which could result in increased costs to you.
- Refer your debt(s) to the U.S. Department of Justice to initiate litigation.
- Report the indebtedness to national credit bureaus.
- Report your debt(s) to the IRS as potential income.

Form: CRS_DEMANDDUECOMBO_11/2020



You have the right to inspect and copy records related to this invoice and request a review of the determination of the amount due.  You also have the right to enter into a reasonable repayment agreement that is acceptable to the agency.

If additional rights and notifications apply to you, you will find a reference page immediately following this Invoice.  Unless otherwise specified in the attached reference page, if you wish to exercise any of your rights, we must receive your request on or before 60 days  from the date of this Invoice.

Questions or requests to exercise any of your rights should be directed to the Centralized Receivables Service at 1-855-549-4284, or in writing at the following address:

> Federal Communications Commission
> Office of the Managing Director
> Revenue & Receivables Operation
> P.O. Box 970014
> St. Louis, MO 63197-0014

Your prompt attention to this matter is appreciated.

CRS Payment Servicing Specialist
1-855-549-4284

**Please see the PAYMENT OPTIONS page.**
**Thank you for your timely payment!**

EXHIBIT

Form:  CRS_DEMANDDUECOMBO 11/2020

## ADDITIONAL NOTIFICATIONS OF YOUR RIGHTS

**Federal Salary Offset and Right to a Hearing:**  If you are a Federal employee and you do not pay or take other action to resolve your debt(s) with the United States government, your net disposable Federal pay will be subject to offset of up to 15% beginning in the pay period shortly after your debt is submitted to the U. S. Department of the Treasury for offset.  The deductions will continue every pay period until your debt, including interest, penalties, and other costs, is paid in full.  Amounts paid on or deducted for the debt which are later waived or found not owed will be promptly refunded to you, unless contractual or statutory provisions to the contrary apply.

Before salary offset begins, Federal employees are entitled to an opportunity for a hearing with an independent official.  If you wish for a hearing to dispute the existence of the debt, the amount of the debt, or the amount of the payroll deduction, you must file a written request for a hearing no later than 30 days from the date of this notice.  The timely filing of a petition for a hearing will stay the commencement of collection proceedings.

If you are currently not a Federal employee, but become one, you must exercise your right to an opportunity for a hearing within 30 days of the commencement of your Federal employment.  You will not receive additional notification regarding the right to a hearing.

To request a hearing, you must send a written petition or statement, signed by you and fully identifying and explaining all the facts, evidence and witnesses, that support your position as to why the creditor agency's determination of the amount due is in error, to:

> Federal Communications Commission
> Office of the Managing Director
> Revenue & Receivables Operation
> P.O. Box 970014
> St. Louis, MO 63197-0014

Any knowingly false or frivolous claim or statements, representations, or evidence may subject you to (1) disciplinary procedures appropriate under 5 U.S.C. Chapter 75 and 5 C.F.R Part 752, or any other applicable statutes and regulations; (2) civil penalties under the False Claims Act, 31 U.S.C. 3729-3731 or any other applicable statutory authority; and (3) criminal penalties under 18 U.S.C. 286, 287, 1001, and 1002, or any other applicable statutory authority.

**Administrative Wage Garnishment:**  If you do not pay or take other action to resolve your debt with the United States government, and your debt is submitted to the U.S. Department of the Treasury for continued collection, your wages may be subject to garnishment.  Before garnishing your wages, you will be provided a separate notice and additional opportunity to respond to the garnishment action.

**Denial of Future Federal Loans and Privileges:**  If your delinquent debt with the United States government is reported to a credit bureau, your credit rating could be adversely affected.  In addition, delinquency is a bar to obtaining Federal loans and other privileges.  Except in limited circumstances, Federal agencies and their lenders are prohibited from approving your application for Federal direct, insured, or guaranteed loans until you resolve your outstanding delinquent debt.



**Bankruptcy:** If you have filed a petition for bankruptcy and the automatic bankruptcy stay is in effect, please notify the Centralized Receivables Service so that collection efforts on your account can be terminated. Please notify us of the stay by sending a copy of your filed and approved bankruptcy petition to:

> Federal Communications Commission
> Office of the Managing Director
> Revenue & Receivables Operation
> P.O. Box 970014
> St. Louis, MO 63197-0014

**Waiver Process:** Under sections 1.1159 and 1.1166 of the Commission's rules, a request for a waiver of a regulatory fee with a petition to defer payment, properly supported by the required documentation, must be filed with the Secretary, Federal Communications Commission, Attention: Managing Director, 445 12th St, SW, Washington, D.C. 20554 by mailing or otherwise delivering a hard copy of the documents to Office of the Secretary.



Form:  CRS_DEMANDDUECOMBO 11/2020

# PAYMENT OPTIONS

**You have the following options to make full payment of the amount due:**

**Pay.Gov eBilling:**  Make an on-line payment 24 hours a day/7 days a week using your checking/savings account or debit card at the Federal Government's secure Pay.gov website:



   *eBilling: https://pay.gov/public/accesscode/
   Use Access Code: 394790844

*Contact CRS at 1-855-549-4284 to receive your Security Answer if it is unknown.

**Payment by Phone:**  Make a payment by calling 1-855-549-4284 between the hours of 7 AM and 7 PM Central Time, Monday through Friday, excluding Holidays.  Please have your checking/savings account or debit card information available before calling.

**Payment by Wire Transfer:**  Make an immediate payment through your financial institution via the Federal Reserve Bank's Fedwire system.  Please follow the Fedwire Instructions page or contact the Centralized Receivables Service for more information on payment by Wire Transfer.

**Contact the Centralized Receivables Service at 1-855-549-4284**
with any questions about this invoice or available payment options.



Form:  CRS_DEMANDDUECOMBO 11/2020

## Fedwire Instructions

Please provide the following instructions to your Financial Institution for the remittance of Fedwire payments to Federal Communications Commission, Office of the Managing Director, Revenue & Receivables Operation.

| Fedwire Field Tag | Fedwire Field Name | Required Information |
|---|---|---|
| {1510} | Type/Subtype | **1000** |
| {2000} | Amount | |
| {3400} | Receiver ABA routing number * | 021030004 |
| {3400} | Receiver ABA short name | **TREAS NYC** |
| {3600} | Business Function Code | **CTR**   *(or CTP)* |
| {4200} | Beneficiary Identifier (account number) | 827000001003 |
| {4200} | Beneficiary Name | **Revenue & Receivables Operation** |
| {5000} | Originator | **SIMPLE VOIP LLC** |
| {6000} | Originator to Beneficiary Information - Line 1 | 11610058750 |
| {6000} | Originator to Beneficiary Information - Line 2 | FCC_R20P831843_BRF |
| {6000} | Originator to Beneficiary Information - Line 3 | |
| {6000} | Originator to Beneficiary Information - Line 4 | |

* The financial institution address for Treasury's routing number is 33 Liberty Street, New York, NY  10045

Questions regarding these instructions should be directed to CRS at **1-855-549-4284**.



Form:  CRS_DEMANDDUECOMBO 11/2020



SEE PAYMENT OPTIONS PAGE FOR ELECTRONIC PAYMENT OPTION

Federal Communications Commission
Office of the Managing Director
Revenue & Receivables Operation
P.O. Box 970014
St. Louis, MO 63197-0014





## PAST DUE NOTICE

**Centralized Receivables Service**
| | |
|---|---|
| CRS INVOICE NUMBER: | 11610058759 |
| INVOICE DATE: | 11/24/2020 |
| DATE OF THIS NOTICE: | 12/28/2020 |
| AMOUNT DUE: | $246,166.14 |
| AGENCY REFERENCE: | |
| | FCC_R20P831843_BRF |

SIMPLE VOIP LLC
PARK WEST 80 250 PEHLE AVE
STE 200
SADDLE BROOK, NJ 07663

Please disregard this notice if you have already paid your debt(s) in full or contacted us and made other payment arrangements.

According to our records, you have not paid your debt(s) owed to the Federal Communications Commission. Payment is past due, and the total balance due as of the date of this notice is $246,166.14. This includes principal and accrued interest, administrative costs, and penalties if applicable.

> Principal balance: $196,157.00
> Interest at 2% per annum: $969.89
> Penalties: $49,039.25
> **Total due: $246,166.14**

This demands payment of a debt owed to the United States for annual regulatory fees. You did not pay the full amount by the published due date, and the unpaid amount is now delinquent. Your debt includes a penalty equal to 25% of the amount not paid.

Federal agencies are generally required to assess interest, administrative costs and penalties on past due amounts. Interest accrues at the annual rate of 2% on any amount outstanding from 09/28/2020. Administrative costs include processing and handling of unpaid balances. A penalty will be assessed at the annual rate of 6% on any amount outstanding after 91 days from 09/28/2020. You can avoid further assessment of any charges, if we receive payment for the above amount immediately.

Your Invoice, dated 11/24/2020, previously notified you of the additional collection actions that may be taken against you if you fail to pay the full amount within 60 days from the date of the Invoice. In addition, we previously notified you of all your rights with respect to the amount owed.

Unless otherwise specified in the prior notice, if you wish to exercise any of your rights, we must receive your request on or before 30 days from the date of this notice.

Form: CRS_PASTDUECOMBO 11/2020


EXHIBIT E

Questions or requests to exercise any of your rights should be directed to the Centralized Receivables Service at 1-855-549-4284, or by writing to the following address:

> Federal Communications Commission
> Office of the Managing Director
> Revenue & Receivables Operation
> P.O. Box 970014
> St. Louis, MO 63197-0014

Your prompt attention to this matter is appreciated.

CRS Payment Servicing Specialist
1-855-549-4284

**Please see the PAYMENT OPTIONS page.**

**EXHIBIT** E

Form:  CRS_PASTDUECOMBO 11/2020

Version 1 of 2                                                                                    Original Bill

## FCC FORM 159-W

### INTERSTATE TELEPHONE SERVICE PROVIDER WORKSHEET

| Payer Name: Simple Voip LLC | Filer 499 ID (FCC Form 499-A, Line 101): 831843 |
|---|---|
| Bill Number: R19P831843 | |

| | Calendar Year 2018 Revenue Information | |
|---|---|---|
| 1 | Service provided by U.S. carriers that both originates and terminates in foreign points. FCC Form 499-A, Line 412 (e) | $2,314,471.20 |
| 2 | Interstate end-user revenues from all telecommunications services. FCC Form 499-A, Line 420 (d) | $0.00 |
| 3 | International end-user revenues from all telecommunications and IVoIP services except international-to-international. FCC Form 499-A, Line 420 (e) | $23,174,738.00 |
| 4 | Total interstate and international end-user revenues (Sum of lines 1, 2 and 3). **Note: Also enter this number on Block (28A) - FCC Code 1.** | $25,489,209.20 |
| 5 | End-user interstate mobile service monthly and activation charges. FCC Form 499-A, Line 409 (d) | $0.00 |
| 6 | End-user international mobile service monthly and activation charges. FCC Form 499-A, Line 409 (e) | $0.00 |
| 7 | End-user interstate mobile service message charges including roaming charges but excluding toll charges. FCC Form 499-A, Line 410 (d) | $0.00 |
| 8 | End-user international mobile service message charges including roaming charges but excluding toll charges. FCC Form 499-A, Line 410 (e) | $0.00 |
| 9 | End-user interstate satellite service. FCC Form 499-A, Line 416 (d) | $0.00 |
| 10 | End-user international satellite service. FCC Form 499-A, Line 416 (e) | $0.00 |
| 11 | Surcharges on mobile and satellite services identified as recovering universal service contributions and included in Line 403 (d) or 403 (e) on your FCC Form 499-A. **Note: You may not include surcharges applied to local or toll services, nor any surcharges identified as intrastate surcharges.** | $0.00 |
| 12 | Interstate and international revenues from resellers that do not contribute to USF. FCC Form 499-A, Line 511 (b) | $0.00 |
| 13 | Total excluded end-user revenues. (Sum of lines 5 through 12.) **Note: Also enter this number on Block (29A) - FCC Code 2.** | $0.00 |
| 14 | Total subject revenues. (Line 4 minus Line 13.) Also enter this number on Block (25A) - Quantity. Please round to nearest dollar. | $25,489,209.00 |
| 15 | Interstate telecommunications service provider fee factor | 0.00317 |
| 16 | 2019 Regulatory Fee (Line 14 times Line 15). You are exempt from filing if the sum of all regulatory fees due on Line 16 is less than $10. If you file, using this form, you must also complete an FCC Form 159, and **include a copy of this FCC Form 159-W with your filing.** | $80,801.00 |

FCC FORM 159-W
August 2008

Approved by OMB
3060-0589

USAC File Date: 04/01/2019
USAC Version Number: 0



EXHIBIT E

Version 2 of 2

## FCC FORM 159-W

### INTERSTATE TELEPHONE SERVICE PROVIDER WORKSHEET

| | | |
|---|---|---|
| Payer Name: Simple Voip LLC | | Filer 499 ID (FCC Form 499-A, Line 101): 831843 |
| Bill Number: R19P831843 | | |
| Calendar Year 2018 Revenue Information | | |
| 1 | Service provided by U.S. carriers that both originates and terminates in foreign points. FCC Form 499-A, Line 412 (e) | $2,314,471.20 |
| 2 | Interstate end-user revenues from all telecommunications services. FCC Form 499-A, Line 420 (d) | $0.00 |
| 3 | International end-user revenues from all telecommunications and IVoIP services except international-to-international. FCC Form 499-A, Line 420 (e) | $23,174,738.00 |
| 4 | Total interstate and international end-user revenues (Sum of lines 1, 2 and 3.) **Note: Also enter this number on Block (28A) - FCC Code 1.** | $25,489,209.20 |
| 5 | End-user interstate mobile service monthly and activation charges. FCC Form 499-A, Line 409 (d) | $0.00 |
| 6 | End-user international mobile service monthly and activation charges. FCC Form 499-A, Line 409 (e) | $0.00 |
| 7 | End-user interstate mobile service message charges including roaming charges but excluding toll charges. FCC Form 499-A, Line 410 (d) | $0.00 |
| 8 | End-user international mobile service message charges including roaming charges but excluding toll charges. FCC Form 499-A, Line 410 (e) | $0.00 |
| 9 | End-user interstate satellite service. FCC Form 499-A, Line 416 (d) | $0.00 |
| 10 | End-user international satellite service. FCC Form 499-A, Line 416 (e) | $0.00 |
| 11 | Surcharges on mobile and satellite services identified as recovering universal service contributions and included in Line 403 (d) or 403 (e) on your FCC Form 499-A. **Note: You may not include surcharges applied to local or toll services, nor any surcharges identified as intrastate surcharges.** | $0.00 |
| 12 | Interstate and international revenues from resellers that do not contribute to USF. FCC Form 499-A, Line 511 (b) | $0.00 |
| 13 | Total excluded end-user revenues. (Sum of lines 5 through 12.) **Note: Also enter this number on Block (29A) - FCC Code 2.** | $0.00 |
| 14 | Total subject revenues. (Line 4 minus Line 13.) Also enter this number on Block (25A) - Quantity.  Please round to nearest dollar. | $25,489,209.00 |
| 15 | Interstate telecommunications service provider fee factor | 0.00317 |
| 16 | 2019 Regulatory Fee (Line 14 times Line 15. You are exempt from filing if the sum of all regulatory fees due on Line 16 is less than $10. If you file, using this form, you must also complete an FCC Form 159, **and include a copy of this FCC Form 159-W with your filing.** | $80,801.00 |

FCC FORM 159-W
August 2008

Approved by OMB
3060-0589

USAC File Date: 11/04/2019
USAC Version Number: 1



Federal Communications Commission
Office of the Managing Director
Revenue & Receivables Operation
P.O. Box 970014
St. Louis, MO 63197-0014



**INVOICE**

**Centralized Receivables Service**
CRS INVOICE NUMBER: 11610046804
INVOICE DATE: 11/20/2019
AGENCY REFERENCE:

FCC_R19P831843_BRF

SIMPLE VOIP LLC
PARK WEST 80 250 PEHLE AVE
STE 200
SADDLE BROOK, NJ 07663

| DESCRIPTION | AMOUNT |
|---|---|
| This demands payment of a debt owed to the United States for annual regulatory fees. You did not pay the full amount by the published due date, and the unpaid amount is now delinquent. Your debt includes a penalty equal to 25% of the amount not paid.<br><br>Title: 2019 Wireline Bill - 831843. To view the original FCC Regulatory Fee bill, access your account at https://www.fcc.gov/redlight | $101,122.45 |
| **TOTAL AMOUNT DUE** | **$101,122.45** |

Payment in full is due now. If you have any questions concerning this invoice, contact the Centralized Receivables Service at 1-855-549-4284. The Centralized Receivables Service is a service provided by the U.S. Department of the Treasury to Federal agencies to assist in the management of accounts receivables.

Federal agencies are generally required to assess interest, administrative costs and penalties on past due amounts. Interest accrues at the annual rate of 1% on any amount outstanding from 09/27/2019. Administrative costs include processing and handling of unpaid balances. A penalty will be assessed at the annual rate of 6% on any amount outstanding after 91 days from 09/27/2019. The Total Amount Due may include interest, penalty, and administrative costs.

If you fail to pay the full amount within 60 days from the date of this invoice, the Centralized Receivables Service will refer your debt(s) to the U.S. Department of the Treasury's Debt Management Services (DMS) for collection, at which time additional administrative fees of up to 30% will be added to your debt (s). In addition, DMS may take any or all of the following actions:

- Reduce any eligible Federal and State payments due to you.
- Refer your debt(s) to a private collection agency, which could result in increased costs to you.
- Refer your debt(s) to the U.S. Department of Justice to initiate litigation.
- Report the indebtedness to national credit bureaus.
- Report your debt(s) to the IRS as potential income.



Form: CRS_DEMANDDUECOMBO 11/2018

You have the right to inspect and copy records related to this invoice and request a review of the determination of the amount due.  You also have the right to enter into a reasonable repayment agreement that is acceptable to the agency.

If additional rights and notifications apply to you, you will find a reference page immediately following this Invoice.  Unless otherwise specified in the attached reference page, if you wish to exercise any of your rights, we must receive your request on or before 60 days  from the date of this Invoice.

Questions or requests to exercise any of your rights should be directed to the Centralized Receivables Service at 1-855-549-4284, or in writing at the following address:

> Federal Communications Commission
> Office of the Managing Director
> Revenue & Receivables Operation
> P.O. Box 970014
> St. Louis, MO 63197-0014

Your prompt attention to this matter is appreciated.

CRS Payment Servicing Specialist
1-855-549-4284

**Please see the PAYMENT OPTIONS page.**
**Thank you for your timely payment!**



Form:  CRS_DEMANDDUECOMBO 11/2018

# ADDITIONAL NOTIFICATIONS OF YOUR RIGHTS

**Federal Salary Offset and Right to a Hearing:**  If you are a Federal employee and you do not pay or take other action to resolve your debt(s) with the United States government, your net disposable Federal pay will be subject to offset of up to 15% beginning in the pay period shortly after your debt is submitted to the U. S. Department of the Treasury for offset.  The deductions will continue every pay period until your debt, including interest, penalties, and other costs, is paid in full.  Amounts paid on or deducted for the debt which are later waived or found not owed will be promptly refunded to you, unless contractual or statutory provisions to the contrary apply.

Before salary offset begins, Federal employees are entitled to an opportunity for a hearing with an independent official.  If you wish for a hearing to dispute the existence of the debt, the amount of the debt, or the amount of the payroll deduction, you must file a written request for a hearing no later than 30 days from the date of this notice.  The timely filing of a petition for a hearing will stay the commencement of collection proceedings.

If you are currently not a Federal employee, but become one, you must exercise your right to an opportunity for a hearing within 30 days of the commencement of your Federal employment.  You will not receive additional notification regarding the right to a hearing.

To request a hearing, you must send a written petition or statement, signed by you and fully identifying and explaining all the facts, evidence and witnesses, that support your position as to why the creditor agency's determination of the amount due is in error, to:

> Federal Communications Commission
> Office of the Managing Director
> Revenue & Receivables Operation
> P.O. Box 970014
> St. Louis, MO 63197-0014

Any knowingly false or frivolous claim or statements, representations, or evidence may subject you to (1) disciplinary procedures appropriate under 5 U.S.C. Chapter 75 and 5 C.F.R Part 752, or any other applicable statutes and regulations; (2) civil penalties under the False Claims Act, 31 U.S.C. 3729-3731 or any other applicable statutory authority; and (3) criminal penalties under 18 U.S.C. 286, 287, 1001, and 1002, or any other applicable statutory authority.

**Administrative Wage Garnishment:**  If you do not pay or take other action to resolve your debt with the United States government, and your debt is submitted to the U.S. Department of the Treasury for continued collection, your wages may be subject to garnishment.  Before garnishing your wages, you will be provided a separate notice and additional opportunity to respond to the garnishment action.

**Denial of Future Federal Loans and Privileges:**  If your delinquent debt with the United States government is reported to a credit bureau, your credit rating could be adversely affected.  In addition, delinquency is a bar to obtaining Federal loans and other privileges.  Except in limited circumstances, Federal agencies and their lenders are prohibited from approving your application for Federal direct, insured, or guaranteed loans until you resolve your outstanding delinquent debt.



**Bankruptcy:** If you have filed a petition for bankruptcy and the automatic bankruptcy stay is in effect, please notify the Centralized Receivables Service so that collection efforts on your account can be terminated.  Please notify us of the stay by sending a copy of your filed and approved bankruptcy petition to:

> Federal Communications Commission
> Office of the Managing Director
> Revenue & Receivables Operation
> P.O. Box 970014
> St. Louis, MO 63197-0014

**Waiver Process:** Under sections 1.1159 and 1.1166 of the Commission's rules, a request for a waiver of a regulatory fee with a petition to defer payment, properly supported by the required documentation, must be filed with the Secretary, Federal Communications Commission, Attention: Managing Director, 445 12th St, SW, Washington, D.C. 20554 by mailing or otherwise delivering a hard copy of the documents to Office of the Secretary.



**EXHIBIT G**

Form:  CRS_DEMANDDUECOMBO 11/2018

## PAYMENT OPTIONS

**You have the following options to make full payment of the amount due:**

**Pay.Gov eBilling:**  Make an on-line payment 24 hours a day/7 days a week using your checking/savings account or debit card at the Federal Government's secure Pay.gov website:



 *eBilling: https://pay.gov/public/accesscode/
 Use Access Code: 6888559346

*Contact CRS at 1-855-549-4284 to receive your Security Answer if it is unknown.

**Payment by Phone:** Make a payment by calling 1-855-549-4284 between the hours of 7 AM and 7 PM Central Time, Monday through Friday, excluding Holidays.  Please have your checking/savings account or debit card information available before calling.

**Payment by Wire Transfer:**  Make an immediate payment through your financial institution via the Federal Reserve Bank's Fedwire system.  Please follow the Fedwire Instructions page or contact the Centralized Receivables Service for more information on payment by Wire Transfer.

**Contact the Centralized Receivables Service at 1-855-549-4284**
with any questions about this invoice or available payment options.



Form:  CRS_DEMANDDUECOMBO 11/2018

## Fedwire Instructions

**Please provide the following instructions to your Financial Institution for the remittance of Fedwire payments to Federal Communications Commission, Office of the Managing Director, Revenue & Receivables Operation.**

| Fedwire Field Tag | Fedwire Field Name | Required Information |
|---|---|---|
| {1510} | Type/Subtype | **1000** |
| {2000} | Amount | |
| {3400} | Receiver ABA routing number * | 021030004 |
| {3400} | Receiver ABA short name | **TREAS NYC** |
| {3600} | Business Function Code | **CTR**   *(or CTP)* |
| {4200} | Beneficiary Identifier (account number) | 27000001003 |
| {4200} | Beneficiary Name | **Revenue & Receivables Operation** |
| {5000} | Originator | **SIMPLE VOIP LLC** |
| {6000} | Originator to Beneficiary Information - Line 1 | 11610046804 |
| {6000} | Originator to Beneficiary Information - Line 2 | FCC_R19P831843_BRF |
| {6000} | Originator to Beneficiary Information - Line 3 | |
| {6000} | Originator to Beneficiary Information - Line 4 | |

\* The financial institution address for Treasury's routing number is 33 Liberty Street, New York, NY  10045

Questions regarding these instructions should be directed to CRS at **1-855-549-4284**.


EXHIBIT G

Form:  CRS_DEMANDDUECOMBO 11/2018



Federal Communications Commission
Office of the Managing Director
Revenue & Receivables Operation
P.O. Box 970014
St. Louis, MO 63197-0014



**PAST DUE NOTICE**

**Centralized Receivables Service**

| | |
|---|---|
| CRS INVOICE NUMBER: | 11610046804 |
| INVOICE DATE: | 11/20/2019 |
| DATE OF THIS NOTICE: | 12/23/2019 |
| AMOUNT DUE: | $101,196.52 |
| AGENCY REFERENCE: | |

SIMPLE VOIP LLC
PARK WEST 80 250 PEHLE AVE
STE 200
SADDLE BROOK, NJ 07663

FCC_R19P831843_BRF

Please disregard this notice if you have already paid your debt(s) in full or contacted us and made other payment arrangements.

According to our records, you have not paid your debt(s) owed to the Federal Communications Commission. Payment is past due, and the total balance due as of the date of this notice is $101,196.52. This includes principal and accrued interest, administrative costs, and penalties if applicable.

> Principal balance: $80,801.00
> Interest at 1% per annum: $195.27
> Penalties: $20,200.25
> **Total due: $101,196.52**

This demands payment of a debt owed to the United States for annual regulatory fees. You did not pay the full amount by the published due date, and the unpaid amount is now delinquent. Your debt includes a penalty equal to 25% of the amount not paid.

Federal agencies are generally required to assess interest, administrative costs and penalties on past due amounts. Interest accrues at the annual rate of 1% on any amount outstanding from 09/27/2019. Administrative costs include processing and handling of unpaid balances. A penalty will be assessed at the annual rate of 6% on any amount outstanding after 91 days from 09/27/2019. You can avoid further assessment of any charges, if we receive payment for the above amount immediately.

Your Invoice, dated 11/20/2019, previously notified you of the additional collection actions that may be taken against you if you fail to pay the full amount within 60 days from the date of the Invoice. In addition, we previously notified you of all your rights with respect to the amount owed.

Unless otherwise specified in the prior notice, if you wish to exercise any of your rights, we must receive your request on or before 30 days from the date of this notice.



EXHIBIT _H_

Form: CRS_PASTDUECOMBO 11/2018

Questions or requests to exercise any of your rights should be directed to the Centralized Receivables Service at 1-855-549-4284, or by writing to the following address:

> Federal Communications Commission
> Office of the Managing Director
> Revenue & Receivables Operation
> P.O. Box 970014
> St. Louis, MO 63197-0014

Your prompt attention to this matter is appreciated.

CRS Payment Servicing Specialist
1-855-549-4284

**Please see the PAYMENT OPTIONS page.**

EXHIBIT _H_

Form:  CRS_PASTDUECOMBO 11/2018

# PAYMENT OPTIONS

**You have the following options to make full payment of the amount due:**

**Pay.Gov eBilling:**  Make an on-line payment 24 hours a day/7 days a week using your checking/savings account or debit card at the Federal Government's secure Pay.gov website:



   *eBilling: https://pay.gov/public/accesscode/
   Use Access Code: 6888559346

*Contact CRS at 1-855-549-4284 to receive your Security Answer if it is unknown.

**Payment by Phone:** Make a payment by calling 1-855-549-4284 between the hours of 7 AM and 7 PM Central Time, Monday through Friday, excluding Holidays.  Please have your checking/savings account or debit card information available before calling.

**Payment by Wire Transfer:**  Make an immediate payment through your financial institution via the Federal Reserve Bank's Fedwire system.  Please follow the Fedwire Instructions page or contact the Centralized Receivables Service for more information on payment by Wire Transfer.

### Contact the Centralized Receivables Service at 1-855-549-4284
with any questions about this invoice or available payment options.



Form:  CRS_PASTDUECOMBO 11/2018

## Fedwire Instructions

**Please provide the following instructions to your Financial Institution for the remittance of Fedwire payments to Federal Communications Commission, Office of the Managing Director, Revenue & Receivables Operation.**

| Fedwire Field Tag | Fedwire Field Name | Required Information |
|---|---|---|
| {1510} | Type/Subtype | **1000** |
| {2000} | Amount | |
| {3400} | Receiver ABA routing number * | **021030004** |
| {3400} | Receiver ABA short name | **TREAS NYC** |
| {3600} | Business Function Code | **CTR**    *(or CTP)* |
| {4200} | Beneficiary Identifier (account number) | **827000001003** |
| {4200} | Beneficiary Name | **Revenue & Receivables Operation** |
| {5000} | Originator | **SIMPLE VOIP LLC** |
| {6000} | Originator to Beneficiary Information - Line 1 | **11610046804** |
| {6000} | Originator to Beneficiary Information - Line 2 | **FCC_R19P831843_BRF** |
| {6000} | Originator to Beneficiary Information - Line 3 | |
| {6000} | Originator to Beneficiary Information - Line 4 | |

* The financial institution address for Treasury's routing number is 33 Liberty Street, New York, NY  10045

Questions regarding these instructions should be directed to CRS at **1-855-549-4284**.



Form:  CRS_PASTDUECOMBO 11/2018

## North American Numbering Plan (NANP)

### c/o **Welch** L L P®

**Invoice**

Billing and Collection Agent
P.O. Box 745466
Atlanta, GA 30374-5466
www.nanpfund.com

Bill To:   Simple Voip LLC
Park West 80 250 Pehle Ave
Ste 200
Saddle Brook, NJ 07663
USA

| FCC Filer ID. | Invoice No. | Invoice Date | Date Due |
|---|---|---|---|
| 831843 | IN103411 | Sep 12, 2019 | Oct 15, 2019 |

| Description | Amount |
|---|---|
| Annual fee for the Numbering Administration costs in North America for October 2019 to September 2020 | 2,314.42 USD |

**To avoid interest charges payment must be received by  October 15, 2019**

**Please include your FCC Filer ID on your payment**

**See legal notice and payment options on the following pages**

**The payment remittance address and the electronic payment information has changed.  Please review page 3 of this invoice and update your records accordingly to ensure your payment is received.**

For billing enquiries, questions or concerns, please call  613-760-4512 or visit our website at www.nanpfund.com

| Payable To: | North American Numbering Plan | Net Balance | $2,314.42   USD |
|---|---|---|---|
| | c/o Welch LLP | | |
| | P.O. Box 745466 | | |
| | Atlanta, GA 30374-5466 | | |

*See next page...*

**EXHIBIT** I

**North American Numbering Plan (NANP)**

c/o **Welch** L.L.P°

Billing and Collection Agent
P.O. Box 745466
Atlanta, GA 30374-5466
www.nanpfund.com

**DEMAND NOTICE**

| | |
|---|---|
| **FCC Filer ID:** | 831843 |
| **PAGE:** | 1 |
| **DATE:** | Oct 16, 2019 |

**REMIT TO ADDRESS:**

North American Numbering Plan
c/o Welch LLP
P.O. Box 745466
Atlanta, GA 30374-5466

Simple Voip LLC
Park West 80 250 Pehle Ave
Ste 200
Saddle Brook, NJ 07663
USA

| DOCUMENT NUMBER | DOCUMENT DATE | Type | REFERENCE/APPLIED NUMBER | DUE DATE | AMOUNT |
|---|---|---|---|---|---|
| IN103411 | Sep 12, 2019 | IN | | Oct 15, 2019 | 2,314.42 |

**The payment remittance address and the electronic payment information has changed. Please review page 3 of this notice and update your records accordingly to ensure your payment is received.**

**\*PLEASE INCLUDE YOUR FCC FILER ID ON YOUR PAYMENT**
**\*\*Please see payment options on the following page -->**

| | | |
|---|---|---|
| IN - Invoice | PY - Applied Receipt | UC - Unapplied Cash |
| CR - Credit Note | AD - Adjustment | RF - Refund |
| IT - Interest Payable | PI - Prepayment | |

**Total:** **2,314.42**

| 1 - 30 DAYS O/DUE | 31 - 60 DAYS O/DUE | 61 - 90 DAYS O/DUE | OVER 90 DAYS O/DUE |
|---|---|---|---|
| 2,314.42 | 0.00 | 0.00 | 0.00 |

EXHIBIT I

## North American Numbering Plan (NANP)

### c/o Welch L.L.P®

Billing and Collection Agent
P.O. Box  745466
Atlanta, GA 30374-5466
www.nanpfund.com

## STATEMENT

| | |
|---|---|
| FCC Filer ID: | 831843 |
| PAGE: | 1 |
| DATE: | Nov 13, 2019 |

REMIT TO ADDRESS:

North American Numbering Plan
c/o Welch LLP
P.O. Box 745466
Atlanta, GA 30374-5466

Simple Voip LLC
Park West 80 250 Pehle Ave
Ste 200
Saddle Brook, NJ 07663
USA

| DOCUMENT NUMBER | DOCUMENT DATE | Type | REFERENCE/APPLIED NUMBER | DUE DATE | AMOUNT |
|---|---|---|---|---|---|
| IN103411 | Sep 12, 2019 | IN | | Oct 15, 2019 | 2,314.42 |

**The payment remittance address and the electronic payment information has changed. Please review page 2 of this statement and update your records accordingly to ensure your payment is received.**

Please see reverse for payment options and contact information –>

| | | |
|---|---|---|
| IN - Invoice | PY - Applied Receipt | UC - Unapplied Cash |
| CR - Credit Note | AD - Adjustment | RF - Refund |
| IT - Interest Payable | PI - Prepayment | |

| 1 - 30 DAYS O/DUE | 31 - 60 DAYS O/DUE | 61 - 90 DAYS O/DUE | OVER 90 DAYS O/DUE |
|---|---|---|---|
| 2,314.42 | 0.00 | 0.00 | 0.00 |

**Total:    2,314.42**

EXHIBIT I

## North American Numbering Plan (NANP)                    **Interest**

c/o **Welch** LLP®

Billing and Collection Agent
P.O. Box  745466
Atlanta, GA 30374-5466
www.nanpfund.com

Bill To:    Simple Voip LLC

Park West 80 250 Pehle Ave

Ste 200

Saddle Brook, NJ 07663

USA

| FCC Filer ID | Invoice No. | Invoice Date | Date Due |
|---|---|---|---|
| 831843 | INT22462 | Dec 12, 2019 | Jan 12, 2020 |

| Description | Amount |
|---|---|
| | 16.55  USD |

**To avoid interest charges payment must be received by  January 12, 2020**

**Please include your FCC Filer ID on your payment**

**See legal notice and payment options on the following pages**

For billing enquiries, questions or concerns, please call   613-760-4512 or visit our website at   www.nanpfund.com

| Payable To: | **North American Numbering Plan**<br>**c/o Welch LLP**<br>**P.O. Box 745466**<br>**Atlanta, GA 30374-5466** | **Balance** | 16.55 USD |
|---|---|---|---|

*See next page...*

EXHIBIT I

North American Numbering Plan (NANP)

c/o **Welch** L.L.P.®

Billing and Collection Agent
P.O. Box 745466
Atlanta, GA 30374-5466
**www.nanpfund.com**

## STATEMENT

| | |
|---|---|
| FCC Filer ID: | 831843 |
| PAGE: | 1 |
| DATE: | Dec 13, 2019 |

REMIT TO ADDRESS:

North American Numbering Plan
c/o Welch LLP
P.O. Box 745466
Atlanta, GA 30374-5466

Simple Voip LLC
Park West 80 250 Pehle Ave
Ste 200
Saddle Brook, NJ 07663
USA

| DOCUMENT NUMBER | DOCUMENT DATE | Type | REFERENCE/APPLIED NUMBER | DUE DATE | AMOUNT |
|---|---|---|---|---|---|
| IN103411 | Sep 12, 2019 | IN | | Oct 15, 2019 | 2,314.42 |
| INT22462 | Dec 12, 2019 | IT | | Jan 12, 2020 | 16.55 |

**The payment remittance address and the electronic payment information has changed.
Please review page 2 of this statement and update your records accordingly to ensure your
payment is received.**

Please see reverse for **payment options and contact information -->**

| | | |
|---|---|---|
| IN - Invoice | PY - Applied Receipt | UC - Unapplied Cash |
| CR - Credit Note | AD - Adjustment | RF - Refund |
| IT - Interest Payable | PI - Prepayment | |

**Total:** **2,330.97**

| 1 - 30 DAYS O/DUE | 31 - 60 DAYS O/DUE | 61 - 90 DAYS O/DUE | OVER 90 DAYS O/DUE |
|---|---|---|---|
| 0.00 | 2,314.42 | 0.00 | 0.00 |

**EXHIBIT** 

## North American Numbering Plan (NANP)
c/o **Welch** LLP°

**Credit Note**

Billing and Collection Agent
P.O. Box  745466
Atlanta, GA 30374-5466
www.nanpfund.com

Bill To:   Simple Voip LLC
Park West 80 250 Pehle Ave
Ste 200
Saddle Brook, NJ 07663
USA

| FCC Filer ID | Invoice No. | Invoice Date | Date Due |
|---|---|---|---|
| 831843 | CN008829 | Mar 12, 2021 | Mar 12, 2021 |

| Description | Amount |
|---|---|
| Adjustment to 2019 annual fee for the cost of Numbering Administration in North America | (1,795.56) USD |
| Adjustment to 2018 annual fee for cost of Numbering Administration in North America | (25.00) USD |

## ***THIS IS A CREDIT NOTE - PLEASE DO NOT PAY***

For billing enquiries, questions or concerns, please call  613-760-4512 or visit our website at  www.nanpfund.com

| Payable To: | North American Numbering Plan | Total | (1,820.56)  USD |
|---|---|---|---|
| | c/o Welch LLP | | |
| | P.O. Box 745466 | | |
| | Atlanta, GA 30374-5466 | | |

*See next page...*

EXHIBIT  J

**Proof of Dispute Resolution**

DMS Case ID:    35826705

Client Entity Number:

CSNG Account ID:    13903237

Client Reference Number:  IN103411B

Debtor Name:  Simple Voip LLC

Principal Amount:$ 510.41

TIN#:

Attachments: Invoice and corresponding email

             Demand notices (statements of account)

---

Note that the original invoice dated September 12, 2019 was for $2,314.42.  A credit note was prepared in March 2021 to reduce the amount of the bill by $1,820.56, leaving a balance owing of $493.86 plus interest of $16.55.

Attached is a statement of account showing these details, as well as the emails, invoice, demand notice, statements and credit note sent to the company, in order by date.


EXHIBIT J

**North American Numbering Plan (NANP)**

c/o **Welch** LLP®

Billing and Collection Agent
P.O. Box  745466
Atlanta, GA 30374-5466
www.nanpfund.com

| | |
|---|---|
| **STATEMENT** | |
| **FCC Filer ID:** | 831843 |
| **PAGE:** | 1 |
| **DATE:** | Jun 22, 2023 |

Simple Voip LLC
Park West 80 250 Pehle Ave
Ste 200
Saddle Brook, NJ 07663
USA

**REMIT TO ADDRESS:**

North American Numbering Plan
c/o Welch LLP
P.O. Box 745466
Atlanta, GA 30374-5466

| DOCUMENT NUMBER | DOCUMENT DATE | Type | REFERENCE/APPLIED NUMBER | DUE DATE | AMOUNT |
|---|---|---|---|---|---|
| IN103411 | Sep 12, 2019 | IN | | Oct 15, 2019 | 2,314.42 |
| | Mar 12, 2021 | CR | CN008829 | | -1,820.56 |
| INT22462 | Dec 12, 2019 | IT | | Jan 12, 2020 | 16.55 |

Please see reverse for **payment options** and **contact information** -->

IN - Invoice  PY - Applied Receipt  UC - Unapplied Cash
CR - Credit Note  AD - Adjustment  RF - Refund
IT - Interest Payable  PI - Prepayment

**Total:** **510.41**

| 1 - 30 DAYS O/DUE | 31 - 60 DAYS O/DUE | 61 - 90 DAYS O/DUE | OVER 90 DAYS O/DUE |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 510.41 |

EXHIBIT J